A. B. Hull and H. H. Peeples, partners under the firm name and style of Hull & Peeples, Plaintiffs in Error, vs. N. W. Hackett, Defendant in Error.

Writ of error to Circuit Court, Bradford county; Rhydon M. Call, Judge.

Thomas E. Bugg, for Plaintiffs in Error.

W. B. Young, for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error.   There was judgment for the defendant, and the plaintiffs take writ of error. The judgment is affirmed.

Decision Per Curiam.